# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Joel Adan Campos**<br>DOB: 1995; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>20-08674MJ |

Complaint for violation of Title 18, United States Code, Section 922(g)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 2, 2020, at or near Rio Rico, in the District of Arizona, **Joel Adan Campos**, knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, that is: 24,000 rounds of Wolf 7.62x39mm ammunition; said ammunition being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 22, 2014, Joel Adan CAMPOS was convicted of Burglary in the Second Degree, a Class 3 Felony punishable by a term of imprisonment exceeding one year, in Santa Cruz County Superior Court, Nogales, Arizona, case number CR-14-096.

On April 2, 2020, CAMPOS was stopped by Arizona Department of Public Safety (DPS) troopers for a traffic violation while on Interstate 19, southbound near mile post 22 in Rio Rico, Arizona. During the vehicle stop, CAMPOS told the troopers he was travelling from Phoenix to his home in Rio Rico. As the trooper began talking to CAMPOS, he noticed several boxes of ammunition in the bed of CAMPOS's vehicle. A total of 24 boxes (24,000 rounds) of Wolf 7.62x39mm ammunition were discovered. CAMPOS stated that he was prohibited from possessing firearms due to his criminal conviction. Agents with Homeland Security Investigations (HSI) and the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) responded to assist. After being read his Miranda rights, CAMPOS agreed to speak with agents and answer questions. CAMPOS admitted he bought the ammunition found in his vehicle in Phoenix, transported the ammunition in his vehicle, and was on his way to Rio Rico. An ATF interstate nexus expert advised that Wolf ammunition is not manufactured in the state of Arizona, and thus it traveled in interstate and/or foreign commerce.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>KCH/am<br>AUTHORIZED AUSA Angela W. Woolridge | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>HSI Special Agent Jose Huerta |
|---|---|
| Sworn by telephone<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 10, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

USM, AUSA   Copies Distributed